UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   LORI SCHMOLKE                               CASE NO.: 07-10497

DEBTOR                                               CHAPTER 7

APPLICATION TO DEPOSIT UNCLAIMED FUNDS

    NOW COMES Samera L. Abide, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $1,600.00 representing dividend held for the parties whose names are listed on Exhibit 1 which is attached to this motion.

    *s/Samera L. Abide*
    Samera L. Abide, Bar No. 2288
    Trustee
    P.O. Box 3616
    Baton Rouge, LA  70821
    Telephone:  (225) 923-1404
    Email: slabide@abide-law.com

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-10497 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | SCHMOLKE, LORI | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 76-6228112 | | Checking Acct #: | 7152070497 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/27/2007 | | Blanket bond (per case limit): | $35,249,760.00 |
| For Period Ending: | 4/13/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/15/2009 | | Transfer From: Community # 8252070497 | Transfer to Close Account | 9999-000 | $868.36 | | $868.36 |
| 12/15/2009 | | Transfer From: ESCROW ACCT-HOME PURCHASE BY DR # 8352070497 | Transfer to Close Account | 9999-000 | $102,187.76 | | $103,056.12 |
| 12/15/2009 | 7001 | Samera L. Abide | Trustee Expenses | 2200-000 | | $1,019.77 | $102,036.35 |
| 12/15/2009 | 7002 | Samera L. Abide | Trustee Compensation | 2100-000 | | $22,649.56 | $79,386.79 |
| 12/15/2009 | 7003 | RONALD GAGNET | Final Distribution. Claim #: 20; Amount Allowed: 587.50; Notes: May be paid prior to approval of TFR after closing on house. Claim #: 20; | 2990-000 | | $587.50 | $78,799.29 |
| 12/15/2009 | 7004 | Harry Ezim & Cynthia Reed | Final Distribution. Claim #: 3; Amount Allowed: 63,852.01; Notes: Claim #: 3; | * | | $63,852.01 | $14,947.28 |
| | | | EZIM $(51,720.13) | 3701-000 | | | $14,947.28 |
| | | | REED $(12,131.88) | 3701-000 | | | $14,947.28 |
| 12/15/2009 | 7005 | eCAST Settlement Corporation assignee of | Final Distribution. Claim #: 4; Amount Allowed: 587.81; Notes: Claim #: 4; | 7100-000 | | $587.81 | $14,359.47 |
| 12/15/2009 | 7006 | Chase Bank USA | Final Distribution. Claim #: 9; Amount Allowed: 3,900.19; Notes: Claim #: 9; | 7100-000 | | $3,900.19 | $10,459.28 |
| 12/15/2009 | 7007 | John Mark Gallant | Final Distribution. Claim #: 12; Amount Allowed: 1,600.00; Notes: Claim #: 12; | 7100-000 | | $1,600.00 | $8,859.28 |
| 12/15/2009 | 7008 | Harry Ezim & Cynthia Reed | Final Distribution. Claim #: 3; Amount Allowed: 8,059.68; Notes: Claim #: 3; | * | | $8,059.68 | $799.60 |
| | | | EZIM $(6,528.34) | 7990-000 | | | $799.60 |
| | | | REED $(1,531.34) | 7990-000 | | | $799.60 |
| 12/15/2009 | 7009 | eCAST Settlement Corporation assignee of | Final Distribution. Claim #: 4; Amount Allowed: 74.20; Notes: Claim #: 4; | 7990-000 | | $74.20 | $725.40 |
| 12/15/2009 | 7010 | Chase Bank USA | Final Distribution. Claim #: 9; Amount Allowed: 492.30; Notes: Claim #: 9; | 7990-000 | | $492.30 | $233.10 |
| 12/15/2009 | 7011 | John Mark Gallant | Final Distribution. Claim #: 12; Amount Allowed: 201.96; Notes: Claim #: 12; | 7990-000 | | $201.96 | $31.14 |
| 12/15/2009 | 7012 | SAMERA L ABIDE, TRUSTEE | Expenses per Order 12/01/09 | 2200-000 | | $31.14 | $0.00 |
| 04/12/2010 | 7007 | VOID: John Mark Gallant | Returned - Undeliverable | 7100-003 | | ($1,600.00) | $1,600.00 |

SUBTOTALS   $103,056.12   $101,456.12

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 07-10497 | | | **Trustee Name:** | Samera L. Abide |
| **Case Name:** | SCHMOLKE, LORI | | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | 76-6228112 | | | **Checking Acct #:** | 7152070497 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 9/27/2007 | | | **Blanket bond (per case limit):** | $35,249,760.00 |
| **For Period Ending:** | 4/13/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2010 | 7009 | VOID: eCAST Settlement Corporation assignee of | Tax ID Not Provided | 7990-003 | | ($74.20) | $1,674.20 |
| 04/12/2010 | 7010 | VOID: Chase Bank USA | Tax ID Not Provided | 7990-003 | | ($492.30) | $2,166.50 |
| 04/12/2010 | 7011 | VOID: John Mark Gallant | Tax ID Not Provided | 7990-003 | | ($201.96) | $2,368.46 |
| | | | **TOTALS:** | | $103,056.12 | $100,687.66 | $2,368.46 |
| | | | **Less: Bank transfers/CDs** | | $103,056.12 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $100,687.66 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $100,687.66 | |

| **For the period of 9/27/2007 to 4/13/2010** | | **For the entire history of the account between 12/15/2009 to 4/13/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $103,056.12 | Total Internal/Transfer Receipts: | $103,056.12 |
| | | | |
| Total Compensable Disbursements: | $100,687.66 | Total Compensable Disbursements: | $100,687.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,687.66 | Total Comp/Non Comp Disbursements: | $100,687.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |